**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual<br><br>Plaintiffs,<br><br>v.<br><br>1354 N HARPER, LP; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No. 2:22-cv-06004-JLS-PVC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the Joint Stipulation for Dismissal with Prejudice (Doc. 13) submitted by the parties, this Court hereby DISMISSES WITH PREJUDICE Plaintiffs' Complaint in its entirety.  The parties shall each bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  January 18, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE